J-A03001-22

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : | |
| SCOTT GEORGE HIGGINBOTHAM | : | |
| Appellant | : | No. 1091 EDA 2021 |

Appeal from the Judgment of Sentence Entered April 27, 2021
In the Court of Common Pleas of Bucks County Criminal Division at
No(s): CP-09-CR-0003799-2020

BEFORE: STABILE, J., DUBOW, J., and McCAFFERY, J.

CONCURRING STATEMENT BY McCAFFERY, J.: **FILED NOVEMBER 1, 2022**

I agree that we are bound by the *en banc* Majority decision in *Moroz* to treat Appellant's prior acceptance of ARD as a first DUI offense. *See **Commonwealth v. Moroz**,* \_\_\_ A.3d \_\_\_, \_\_\_ 2022 WL 4869900, *5 (Pa. Super. 2022) (*en banc*). However, for the reasons expressed in my Dissenting Opinion, I believe *Moroz* was wrongly decided. *See **id.**,* \_\_\_ A.3d at \_\_\_, 2022 WL 4869900 at *7-11 (Dissenting Op., McCaffery, J.). Thus, I am constrained to concur in this decision.